```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW M. SCOBLE, Bar# 237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for the Defendant
DANIEL GRANT
```

**FILED**
JUN - 2 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>v.<br><br>DANIEL GRANT,<br><br>       Defendant. | Cr.S. 11-148-GGH<br><br>**APPLICATION AND ORDER FOR TRANSPORTATION AND SUBSISTENCE PURSUANT TO 18 U.S.C. § 4285**<br><br>Judge: Hon. Gregory G. Hollows |

    Defendant DANIEL GRANT hereby requests an order for transportation and subsistence costs pursuant to 18 U.S.C. § 4285.

    Mr. Grant appeared in court on June 1, 2011, and was released from custody on June 2, 2011. Mr. Grant is unable to afford his own transportation from Sacramento, California back to his residence in Truckee, California.

DATED: June 2, 2011            Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        /s/ M.Petrik
                                        _____
                                        MATTHEW M. SCOBLE
                                        Attorney for Defendant
                                        DANIEL GRANT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DANIEL GRANT, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | Cr.S. 11-148-GGH <br><br> **ORDER FOR TRANSPORTATION** |

TO:  UNITED STATES MARSHAL SERVICE, SACRAMENTO, CALIFORNIA:

    This is to authorize and direct you to furnish the above named defendant, DANIEL GRANT with transportation and subsistence expenses for travel from Sacramento, California to Truckee, California where Mr. Grant was arrested.  Greyhound has a bus leaving from Sacramento, California at 3:50 p.m. and arriving Truckee, California at 5:50 p.m. This order is authorized pursuant to 18 U.S.C. §4285.

IT IS SO ORDERED.

Dated: _June 2_, 2011

GREGORY G. HOLLOWS
U.S. Magistrate Court Judge

2