UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
June 1, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> DANIEL GRANT, ) <br> ) <br> Defendant. ) | Case No. 2:11MJ00148-GGH <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __DANIEL GRANT__ , Case No. __2:11MJ00148-GGH__ , Charge __18USC § 3606__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__   Release on Personal Recognizance

__   Bail Posted in the Sum of $_____

　　__   Unsecured Appearance Bond

　　__   Appearance Bond with 10% Deposit

　　__   Appearance Bond with Surety

　　__   Corporate Surety Bail Bond

✔   (Other)   __On previous conditions as stated on the record.__

Issued at __Sacramento, CA__ on __June 1, 2011__ at __2:36 pm__ .

By   /s/ Gregory G. Hollows
Gregory G. Hollows
United States Magistrate Judge

Copy 5 - Court