DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW M. SCOBLE, Bar# 237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for the Defendant
DANIEL GRANT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:11-MJ-148-GGH |
| Plaintiff, | **STIPULATION AND ORDER** |
| v. | |
| DANIEL GRANT, | Judge: Hon. Gregory G. Hollows |
| Defendant. | |

The United States of America, through DAVID STEPHENS, Assistant United States Attorney, together with defendant, DANIEL GRANT by and through his counsel MATTHEW M. SCOBLE, Assistant Federal Defender , stipulate admit/deny hearing set for June 20, 2011 be continued to July 18, 2011 at 2:00 p.m.

///
///
///
///
///
///
///
///

1     This case is being continued so counsel can further investigate
2 the facts of this case and negotiate a resolution.
3 Dated:   June 17, 2011

                                          Respectfully submitted,

                                          DANIEL J. BRODERICK
                                          Federal Defender

                                          /s/ Matthew M. Scoble
                                          _____
                                          MATTHEW M. SCOBLE
                                          Assistant Federal Defender
                                          Attorney for defendant
                                          DANIEL GRANT


                                          BENJAMIN B. WAGNER
                                          United States Attorney


                                          /s/ Matthew M. Scoble for
                                          _____
                                          DAVID STEPHENS
                                          Assistant United States Attorney


                                        O R D E R

   FOR GOOD CAUSE SHOWING, the admit/deny hearing shall be continued
to July 20, 2011 at 2:00 p.m.

 IT IS SO ORDERED.


Dated:   June 17, 2011                /s/ Gregory G. Hollows
                                          GREGORY G. HOLLOWS
                                          United States Magistrate Judge