```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MATTHEW M. SCOBLE, Bar# 237432
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorneys for the Defendant
    DANIEL GRANT
 6
                    IN THE UNITED STATES DISTRICT COURT
 7
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
 8

 9  UNITED STATES OF AMERICA,    )   11-MJ-148-GGH
11                               )
10          Plaintiff,            )  **STIPULATION AND ORDER**
                                 )
11    v.                         )
                                 )
12  DANIEL GRANT,                )   Judge: Hon. Gregory G. Hollows
                                 )
13          Defendant.            )
                                 )
14  _____)

15

16       The United States of America, through DAVID STEPHENS, Assistant

17  United States Attorney, together with defendant, DANIEL GRANT by and

18  through his counsel MATTHEW M. SCOBLE, Assistant Federal Defender ,

19  stipulate admit/deny hearing set for June 20, 2011 be continued to July

20  18, 2011 at 2:00 p.m.

21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///
```

1    This case is being continued so counsel can further investigate
2 the facts of this case and negotiate a resolution.
3 Dated:   June 17, 2011

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Matthew M. Scoble
_____
MATTHEW M. SCOBLE
Assistant Federal Defender
Attorney for defendant
DANIEL GRANT


BENJAMIN B. WAGNER
United States Attorney


/s/ Matthew M. Scoble for
_____
DAVID STEPHENS
Assistant United States Attorney


O R D E R

FOR GOOD CAUSE SHOWING, the admit/deny hearing shall be continued to July 20, 2011 at 2:00 p.m.

IT IS SO ORDERED.


Dated:   June 17, 2011          /s/ Gregory G. Hollows
                                GREGORY G. HOLLOWS
                                United States Magistrate Judge

2