```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW M. SCOBLE, Bar# 237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for the Defendant
DANIEL GRANT
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Cr.S. 11-148-GGH |
| Plaintiff, | **STIPULATION AND ORDER** |
| v. | |
| DANIEL GRANT, | Date: September 19, 2011<br>Time: 9:00 a.m.<br>Judge: Hon. Gregory G. Hollows |
| Defendant. | |

The United States of America, through DAVID STEVENS, Assistant United States Attorney, together with defendant, DANIEL GRANT by and through his counsel MATTHEW M. SCOBLE, Assistant Federal Defender, stipulate that the admit/deny hearing set for August 22, 2011 be continued to September 19, 2011 at 9:00 a.m.

///
///
///
///
///
///
///
///

1    This case is being continued so counsel can further investigate
2 the facts of this case and negotiate a resolution.
3 Dated:   August 18, 2011
                                  Respectfully submitted,

                                  DANIEL J. BRODERICK
                                  Federal Defender


                                  /s/ Matthew M. Scoble
                                  _____
                                  MATTHEW M. SCOBLE
                                  Assistant Federal Defender
                                  Attorney for defendant
                                  DANIEL GRANT


Dated:   August 18, 2011          BENJAMIN B. WAGNER
                                  United States Attorney



                                  /s/ Matthew M. Scoble for
                                  _____
                                  DAVID STEVENS
                                  Assistant United States Attorney



                              O R D E R

   FOR GOOD CAUSE SHOWING, the admit/deny hearing shall be continued
to September 19, 2011 at 9:00 a.m.

  IT IS SO ORDERED.

Dated: August 21, 2011


                                   /s/ Gregory G. Hollows
                                  UNITED STATES MAGISTRATE JUDGE

2